

# LAW OFFICES OF
# JAMES HENNING
### & ASSOCIATES

March 2, 2023

**VIA ECF**
Honorable Cheryl L. Pollak
Chief Magistrate Judge
Eastern District of New York
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  <u>Carlton Roman v. City of New York, et al.</u>
      22-cv-6681 (NGG) (CLP)

Your Honor,

At Judge Garaufis's directive, I am reaching out to schedule a conference with Your Honor and Counsel for the City, Seema Kassab, in relation to discovery in this matter. As per the Judge's directive, documentary discovery has been stayed. However, Plaintiff has been permitted to go forward with pertinent and time sensitive depositions. As such, we would like to schedule a conference with the Court relating to these matters.

Please provide your availability at your earliest convenience. Thank you.

Sincerely,

*James D. Henning, Esq.*

86 Livingston Street, Brooklyn, NY 11201                                        (718) 717-2454