

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | SEEMA KASSAB<br>*Assistant Corporation Counsel*<br>phone: (212) 356-0827<br>fax: (212) 356-3509<br>skassab@law.nyc.gov |
|---|---|---|

March 27, 2023

**VIA ECF**
Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Carlton Roman v. City of New York, et al.</u>
              22-cv-6681 (NGG)(CLP)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney representing defendants City of New York, William Pepey, John Loguercio, Gerard Fiorenza, Catharine Lomuscio, Richard Schaeffer, Robert Masters, Francesco Catarisano, Patrick O'Brien, Denis Byrne, and Leonard Palermo (collectively, the "defendants") in this action.

    As Your Honor may recall, on March 1, 2023, counsel for the parties appeared for a pre-motion conference to discuss defendants' anticipated motion to dismiss. During that conference, Your Honor granted defendants such permission and scheduled May 26, 2023 as the deadline for defendants to file their initial moving papers. On March 10, 2023, Your Honor granted defendants' application requesting permission for Defendants O'Brien and Byrne to join defendants' upcoming motion to dismiss. When defendants made that application on March 10, 2023, this Office had not yet determined representation of Defendant Palermo[1].  Now that this Office represents Defendant Palermo, and for the reasons set forth in defendants' pre-motion conference letter dated February 9, 2023, Defendant Palermo respectfully requests permission to join in the upcoming motion to dismiss, which the Court is permitting defendants to file on or by May 26, 2023.

    Defendants thank the Court for its consideration herein.

---

[1] Upon information and belief, Defendant Palermo was served with the summons and Third Amended Complaint on March 6, 2023.

- 2 -

Respectfully submitted,

/s/ *Seema Kassab*
Seema Kassab
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: All Counsel (By E.C.F.)