

Case Assigned to:     Honorable Judge Nicholas G. Garaufis

Case Referred to:     Honorable Chief Magistrate Judge Cheryl L. Pollak

United States District Court

Eastern District of New York

225 Cadman Plz E.

Brooklyn, New York 11201

RE:  **Carlton Roman v. The City of New York**

Case Number: 22-cv-6681

CC:   Seema Kassab

Attorney for Defendants

Assistant Corporation Counsel

100 Church Street

New York, New York 10007

Dear Magistrate Judge Pollak:

    Pursuant to the order of Judge Garaufis issued on March 1, 2023, documentary discovery regarding Plaintiff's Monell claim was stayed. On March 29, 2023, a discovery conference was held before your Honor where Defendants' application to stay all discovery was denied. Plaintiff writes to your Honor to clarify whether documentary discovery regarding Plaintiff's other claims, aside from Monell, are ordered to proceed. Plaintiff asks for this clarification to ensure he abides by his discovery obligations pursuant to Fed. Rule Civ. Proc. 26(a). Please advise. Thank you.

Sincerely,

*James D. Henning*

James D. Henning, Esq.

Attorney for Plaintiff

Law Offices of James Henning & Associates

86 Livingston Street

Brooklyn, New York 11201