

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | SEEMA KASSAB<br>*Assistant Corporation Counsel*<br>phone: (212) 356-0827<br>fax: (212) 356-3509<br>skassab@law.nyc.gov |
|---|---|---|

April 11, 2023

**VIA ECF**
Honorable Cheryl L. Pollak
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Carlton Roman v. City of New York, et al.</u>
                22-cv-6681 (NGG) (CLP)

Your Honor:

      I represent defendants City of New York, John Loguercio, William Pepey, Gerard Fiorenza, Leonard Palermo, Patrick O'Brian, Dennis Byrne, Catharine Lomuscio, Richard Schaeffer, Robert Masters, and Francesco Catarisano in the above-referenced matter. Defendants write to respectfully request an extension of one week to respond to Plaintiff's letter (ECF No. 35) from April 13, 2023 to April 20, 2023. Plaintiff's counsel, James Henning, does not consent to this request.

      The reason for this request is that counsel for the defendants has a summary judgment motion due on Friday April 14, 2023 that has required a substantial amount of time and effort. Accordingly, the undersigned requires more time to fully respond to plaintiff's 14-page letter laying out the depositions that he seeks to pursue in this matter.

      Defendants thanks the Court for its consideration herein.

                                                              Respectfully submitted,

                                                             /s/ *Seema Kassab*
                                                            Seema Kassab
                                                            *Assistant Corporation Counsel*
                                                            Special Federal Litigation Division

cc:    <u>Via ECF</u>
        James Henning

Denise Dessel
*Attorneys for Plaintiff*