# JH

LAW OFFICES OF
# JAMES HENNING
& ASSOCIATES

**VIA ECF**

Honorable Judge Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plz E.
Brooklyn, New York 11201

RE: <u>Carlton Roman v. The City of New York</u>
Case Number: 22-cv-6681(NGG) (CLP)

Your Honor:

     I represent Plaintiff-Carlton Roman in the above referenced matter. I write to your Honor regarding Defendants' motion to dismiss, which was filed on June 2, 2023. On June 1, 2023, your Honor granted Defendants' request for leave to file excess pages and ordered that their motion not exceed 40 pages. To Plaintiff's understanding of your Honor's rules, that is 15 pages in excess. In order to sufficiently respond to the arguments raised by Defendants, and considering their filing of excess pages, Plaintiff also respectfully requests for leave to file 15 excess pages in his reply memoranda, which would be 25 pages.

Additionally, Defendants were granted a one-week extension to file their motion. Plaintiff will make every effort to abide by the initial reply deadline, which is June 26, 2023. However, out of an abundance of caution, Plaintiff respectfully requests this Court grant a one week extension for his reply. Plaintiff thanks this Court for its time and consideration.

Sincerely,

**Carissa Caukin**, Esq.
Attorney for Plaintiff
Law Offices of James Henning & Associates
86 Livingston Street
Brooklyn, New York 11201

**Application granted.**
**So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date:

CC: Seema Kassab, Esq.
      Attorney for Defendants