

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | SEEMA KASSAB<br>*Assistant Corporation Counsel*<br>phone: (212) 356-0827<br>fax: (212) 356-3509<br>skassab@law.nyc.gov |
|---|---|---|

July 11, 2023

**VIA ECF**
Honorable Cheryl L. Pollak
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    <u>Carlton Roman v. City of New York, et al.</u>
               22-cv-6681 (NGG) (CLP)

Your Honor:

     In light of the July 10, 2023 letter filed by Mr. John Castellano, the attorney for Queens District Attorney Melinda Katz, which requested a stay of the production of the QCDA's Conviction Integrity Unit Report, among other things, Defendants write to respectfully request guidance on how to proceed today with respect to Your Honor's June 26, 2023 and July 7, 2023 Orders, directing this Office to produce to Plaintiff a copy of same. Defendants are prepared to comply with the Court's Order and produce the document immediately, however, the undersigned is unsure of how to proceed given the District Attorney's motion submitted last night. Defendants apologize for any inconvenience this has caused.

                                                      Respectfully submitted,

                                                      /s/ *Seema Kassab*

                                                      Seema Kassab
                                                      *Assistant Corporation Counsel*
                                                      Special Federal Litigation Division

cc:    <u>Via ECF</u>
       All counsel of record