UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X
:
CARLTON ROMAN, :
                Plaintiff, :
: **Case No. 1:22-cv-06681-NGG-CLP**
   -against- :
:
THE CITY OF NEW YORK; CATHERINE :
LOMUSCIO; FRANCESCO CATARISANO; : **NOTICE OF APPEARANCE**
ROBERT MASTERS; RICHARD SCHAEFFER; :
DETECTIVE WILLIAM PEPEY; DETECTIVE :
JOHN LOGUERCIO; DETECTIVE GERARD :
FIORENZA; DETECTIVE LEONARD :
PALERMO; LIEUTENANT JAMES LANE; :
POLICE OFFICER PATRICK O'BRIAN; :
POLICE OFFICER DENIS BYRNE; and DOES :
#1-10 being unknown employees of the City of :
New York, in their individual and official :
capacities, :
                Defendants. :
:
------------------------------------X

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears as counsel of record for **Plaintiff Carlton Roman** in the above-captioned matter.

Dated:  New York, New York
         July 13, 2023

                                      **Marc J. Bern & Partners LLP**

                            By:   */s/ Marc J. Bern*
                                Marc J. Bern
                                NYS Attorney Id#1859271
                                Marc J. Bern & Partners LLP
                                60 E. 42nd Street Suite 950
                                New York, New York 10165
                                Tel:  (212) 702-5000
                                Fax:  (212) 818-0164 Email: mbern@bernllp.com