UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

CARLTON ROMAN,

                                             Plaintiff,

-against-

CITY OF NEW YORK, JOHN LOGUERCIO, WILLIAM PEPEY, GERARD FIORENZA, LEONARD PALERMO, PATRICK O'BRIAN, DENNIS BYRNE, CATHARINE LOMUSCIO, RICHARD SCHAEFFER, ROBERT MASTERS, AND FRANCESCO CATARISANO, and DOES #1-10,

                                             Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

22 CV 6681 (NGG) (CLP)

-------------------------------------------------------------------x

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

REMAINDER OF PAGE LEFT INTENTIONALLY BLANK

Dated: Brooklyn, New York
     October 2, 2023

| | |
|---|---|
| LAW OFFICES OF JAMES HENNING & ASSOCIATES, PLLC<br>*Attorneys for Plaintiff Carlton Roman*<br>86 Livingston Street<br>Brooklyn, NY 11201<br>718-717-2454<br><br>By: _/s/ James Henning_<br>    James D. Henning<br>    *Attorney for Plaintiff* | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _/s/ Seema Kassab_<br>    Seema Kassab<br>    *Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2023